SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL   scottnjohnson@comcast.net

Attorney for Plaintiff Scott N. Johnson

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Scott N. Johnson | ) Case No. **2:11-cv-03190-WBS-EFB** |
| Plaintiff, | ) **ORDER RE: STIPULATION FOR DISMISSAL** |
| vs. | ) |
| Flyers Energy LLC, et al, | ) |
| Defendants | ) |

IT IS HEREBY ORDERED THAT this action be and is hereby dismissed With Prejudice pursuant to FRCP 41 (a)(2).

Date:   February 2, 2012

*[signature]*

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE